**HUDSON & CALLEJA** LLC
ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 10/14/2014 | GS | Fact gathering screening with Jose Casanova re potential overtime claims | 275.00 | 0.8 | 220.00 |
| 10/21/2014 | GS | Continued fact gathering meeting with Jose Casanova re: his wage claim | 275.00 | 0.9 | 247.50 |
| 10/28/2014 | GS | Commence drafting complaint | 275.00 | 1.5 | 412.50 |
| 10/29/2014 | JAS | Revise facts section of complaint | 300.00 | 0.8 | 240.00 |
| 10/29/2014 | GS | Communication with Client re Complaint filed and the DOL complaint number | 275.00 | 0.2 | 55.00 |
| 10/30/2014 | GS | Communication with Client re amount owed and filing of the Complaint | 275.00 | 0.2 | 55.00 |
| 11/6/2014 | GS | Conference with J. Quintana and E. Sanchez regarding violations and assess claims to add to Plaintiff's complaint | 275.00 | 0.8 | 220.00 |
| 11/6/2014 | GS | Legal research re: violations of FLSA to day rate workers and assess calculations related to same | 275.00 | 0.7 | 192.50 |
| 11/11/2014 | GS | Continued revisions to Complaint | 275.00 | 1.6 | 440.00 |
| 11/11/2014 | JAS | Commence review and revisions of complaint and revise to add facts and counts of J. Quintana and E. Sanchez | 300.00 | 0.6 | 180.00 |
| 11/14/2014 | JAS | Review and revise complaint and finalize for filing | 300.00 | 0.9 | 270.00 |
| 11/17/2014 | MV | Prepare Summons, Civil Coversheet and File Complaint | 100.00 | 0.8 | 80.00 |
| 11/19/2014 | GS | Communication with Clients re: Complaint filed, awaiting summons issuance on Impact Glass, and monies owed | 275.00 | 0.2 | 55.00 |
| 11/19/2014 | MV | Review summons and forward for service | 100.00 | 0.2 | 20.00 |
| 11/25/2014 | MV | Communication with process server re perfection of service | 100.00 | 0.2 | 20.00 |
| 11/26/2014 | GS | Communication with Jose Casanova re DOL notification of representation | 275.00 | 0.2 | 55.00 |
| 11/26/2014 | MV | Follow up with perfection of service of process on all defendants | 100.00 | 0.2 | 20.00 |
| 12/1/2014 | MV | Follow up on service of process with regards to all Defendants | 100.00 | 0.2 | 20.00 |
| 12/2/2014 | GS | Appear/Attend conference with accountant and assess hours worked on matters for the Plaintiffs' Statement of Claims | 275.00 | 0.7 | 192.50 |
| 12/3/2014 | MV | Draft Notice of Filing Return of Service on Impact Glass Services LLC, (Registered Agent) | 100.00 | 0.2 | 20.00 |
| 12/3/2014 | GS | Draft the Plaintiffs' Statement of Claims | 275.00 | 2.8 | 770.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

## Total

### Payments/Credits

### Balance Due

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 12/4/2014 | MV | File Notice of Filing Return of Service on Impact Glass Services LLC (Registered Agent) | 100.00 | 0.1 | 10.00 |
| 12/4/2014 | JAS | Review and revise statement of claim and assess calculations of amounts owed in preparation for filing same | 300.00 | 0.6 | 180.00 |
| 12/5/2014 | JAS | Review summons issued by court | 300.00 | 0.1 | 30.00 |
| 12/11/2014 | MV | Communication with process server re the service of process on the individual defendants | 100.00 | 0.3 | 30.00 |
| 12/16/2014 | GS | Communication with Client re the perfection of service of process | 275.00 | 0.1 | 27.50 |
| 12/18/2014 | GS | Communication with Clients re a status update | 275.00 | 0.3 | 82.50 |
| 12/19/2014 | JAS | Review answer and affirmative defenses filed in impact glass | 300.00 | 0.3 | 90.00 |
| 12/22/2014 | GS | Draft, file and serve Certificate of Interested Person and the Notice of Compliance of Court Order | 275.00 | 0.6 | 165.00 |
| 12/30/2014 | GS | Draft and serve the Rule 26 Initial Disclosures | 275.00 | 0.9 | 247.50 |
| 1/5/2015 | GS | Communication with opposing counsel re the mediation of claims and legal analysis of same and attempt to resolve matter without incurring fees and costs | 275.00 | 0.6 | 165.00 |
| 1/6/2015 | GS | Draft the Joint Scheduling Report; communication with opposing counsel re the mediation deadlines | 275.00 | 0.9 | 247.50 |
| 1/6/2015 | MV | Communication with Court re dates for settlement conference with Judge Torres per Judge King's Order | 100.00 | 0.2 | 20.00 |
| 1/6/2015 | JAS | Review response to statement of claim | 300.00 | 0.2 | 60.00 |
| 1/6/2015 | JAS | Review & Revise proposed joint scheduling report and assess communication to opposing counsel providing same | 300.00 | 0.3 | 90.00 |
| 1/7/2015 | MV | Contact Magistrate Judge Edwin Torres's Chambers to schedule Settlement Conference | 100.00 | 0.2 | 20.00 |
| 1/8/2015 | GS | Communication with opposing counsel and court for Court mandated settlement conference and discuss potential settlement of claim in attempt to resolve claims without incurring fees and costs | 275.00 | 0.4 | 110.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
|  |  |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 1/9/2015 | JAS | Review notice of settlement conference | 300.00 | 0.1 | 30.00 |
| 1/12/2015 | GS | Communication with Clients re settlement conference on February 18;  assess status report and discuss pending matters regarding claims | 275.00 | 0.6 | 165.00 |
| 1/14/2015 | GS | Communication with opposing counsel re attempt to resolve without court intervention | 275.00 | 0.4 | 110.00 |
| 1/29/2015 | GS | Begin drafting the Plaintiffs' First Set of Interrogatories | 275.00 | 1.1 | 302.50 |
| 1/30/2015 | GS | Draft, revise and serve the Plaintiffs' Request for Production of Documents to the Defendants and the Request for Admissions; revise the Plaintiffs' Interrogatories and serve the same | 275.00 | 1.9 | 522.50 |
| 2/2/2015 | GS | Communication with Defendants' counsel and discuss potential settlement in order to avoid continued litigation | 275.00 | 0.3 | 82.50 |
| 2/5/2015 | GS | Communication from opposing counsel re pending discovery issues and attempt to resolve same in order to avoid filing motions to compel | 275.00 | 0.3 | 82.50 |
| 2/9/2015 | GS | Communication with Clients re Impact Glass Federal case and DOL investigation | 275.00 | 0.3 | 82.50 |
| 2/10/2015 | GS | Communication with opposing counsel re upcoming settlement conference and outline potential settlement range in attempts to resolve beforehand | 275.00 | 0.3 | 82.50 |
| 2/16/2015 | GS | Communication with Clients re settlement conference and assess procedure and discuss potential ranges of settlement | 275.00 | 0.3 | 82.50 |
| 2/17/2015 | GS | Review file and prepare for settlement conference and outline terms for settlement of same | 275.00 | 1.1 | 302.50 |
| 2/18/2015 | GS | Appear and attend settlement conference before Judge E. Torres for Settlement Conference | 275.00 | 6.9 | 1,897.50 |
| 2/19/2015 | JAS | Review minutes entry filed by Magistrate E. Torres | 300.00 | 0.1 | 30.00 |
| 2/20/2015 | GS | Communication with Client re strategies for the next steps of litigation in light of defendant's refusal to settle at settlement conference | 275.00 | 0.3 | 82.50 |

| Hudson & Calleja, LLC Tax ID #37-1635439 | **Total** |
|---|---|
|  | **Payments/Credits** |
|  | **Balance Due** |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# HUDSON & CALLEJA LLC
ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 2/20/2015 | GS | Communication with opposing counsel re Joint Scheduling Report and continued inquiry into entering into resolution of matter | 275.00 | 0.5 | 137.50 |
| 2/26/2015 | GS | Various communication with opposing counsel re rule 16.1 compliance; edits to the Proposed Joint Scheduling order and engage in continued efforts to attempt to resolve matter | 275.00 | 0.5 | 137.50 |
| 2/26/2015 | JAS | Review and revise Rule 26 and 16 Disclosures and amend same | 300.00 | 0.6 | 180.00 |
| 2/27/2015 | GS | Edits to the Joint Scheduling Order; communication with opposing counsel re the same | 275.00 | 0.7 | 192.50 |
| 3/2/2015 | GS | Various communications with opposing counsel re Joint Scheduling Report; comparison of edits made by opposing counsel | 275.00 | 0.2 | 55.00 |
| 3/4/2015 | GS | Communication with opposing counsel and review and analysis of final edits made by opposing counsel and assess same and inquire again into settlement without need to incur additional litigation costs | 275.00 | 0.4 | 110.00 |
| 3/4/2015 | MV | Revise and File Joint Conference Report | 100.00 | 0.2 | 20.00 |
| 3/5/2015 | GS | Communication with Client re status of settlement and confirm defendant's refusal to settle same | 275.00 | 0.2 | 55.00 |
| 3/6/2015 | JAS | Review scheduling order | 300.00 | 0.1 | 30.00 |
| 3/6/2015 | JAS | Review communication to opposing counsel re providing discovery | 300.00 | 0.1 | 30.00 |
| 3/12/2015 | GS | Communication with Mr. Casanova re status update | 275.00 | 0.2 | 55.00 |
| 3/18/2015 | GS | Communication with opposing counsel re Offer of Judgment and discuss potential ranges of settlement | 275.00 | 0.3 | 82.50 |
| 4/1/2015 | GS | Communication with opposing counsel re scheduling depositions of corporate representative and renew attempts to resolve matter | 275.00 | 0.2 | 55.00 |
| 4/1/2015 | GS | Meet with Clients re offer of judgment, interrogatories and request for production | 275.00 | 0.5 | 137.50 |
| 4/1/2015 | MV | Contact Leslie Langbein's office regarding Interrogatories not received for Mr. Quintana and confirmation of date of service | 100.00 | 0.2 | 20.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

## Total

## Payments/Credits

## Balance Due

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja
### ATTORNEYS LLC

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 4/3/2015 | GS | Various communications with opposing counsel re upcoming depositions and inquire into Defendants' interest in resolving matter | 275.00 | 0.2 | 55.00 |
| 4/3/2015 | JAS | Review matter regarding damages assessment in preparation for continued settlement discussions and analyze same and draft damages chart | 300.00 | 0.5 | 150.00 |
| 4/6/2015 | GS | Communication from opposing counsel re discovery and fees | 275.00 | 0.1 | 27.50 |
| 4/7/2015 | JAS | Commence review of Plaintiff's responses to interrogatories | 300.00 | 0.4 | 120.00 |
| 4/13/2015 | MV | Draft and Serve Notice of Deposition for Juan C. Llinas for May 11, 2015 | 100.00 | 0.2 | 20.00 |
| 4/14/2015 | GS | Meeting with Clients re documents to be produced to Impact Glass | 275.00 | 0.9 | 247.50 |
| 4/14/2015 | MV | Review Notice of Deposition for Clients and notify opposing counsel that an interpreter will be needed | 100.00 | 0.2 | 20.00 |
| 4/16/2015 | GS | Initial legal review of documents produced by Clients in response to the Defendants' Request for Production for relevancy | 275.00 | 0.6 | 165.00 |
| 4/16/2015 | GS | Legal review and redaction of financial documents submitted by Clients for the responses to Defendants' Request for Production | 275.00 | 0.7 | 192.50 |
| 4/16/2015 | GS | Commence draft responses and objections to Defendants' Initial Request for Production | 275.00 | 0.9 | 247.50 |
| 4/16/2015 | GS | Meet with Clients re discovery requests by Defendants | 275.00 | 0.5 | 137.50 |
| 4/17/2015 | GS | Strategize with Jose Socorro re settlement negotiations | 275.00 | 0.5 | 137.50 |
| 4/17/2015 | GS | Redact document to add to the documents produced to Defendants | 275.00 | 0.2 | 55.00 |
| 4/20/2015 | GS | Communication with opposing counsel re request for extension of time to respond to discovery | 275.00 | 0.1 | 27.50 |
| 4/20/2015 | GS | Final edits to the Quintana Responses to Defendants' Request for Production | 275.00 | 0.7 | 192.50 |
| 4/20/2015 | GS | Communication with opposing counsel re service of Quintana's Responses to Defendants' Request for Production | 275.00 | 0.1 | 27.50 |
| 4/20/2015 | GS | Begin drafting the responses to Defendants' Interrogatories | 275.00 | 0.5 | 137.50 |
| 4/20/2015 | MV | Serve the Responses to the Defendants' Request for Production | 100.00 | 0.2 | 20.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 4/20/2015 | JAS | Review responses to Defendant's request for production for J. Quintana and finalize same | 300.00 | 0.4 | 120.00 |
| 4/20/2015 | GS | Edits to Sanchez's production in response to Defendants' Request for Production | 275.00 | 0.5 | 137.50 |
| 4/20/2015 | GS | Communication with opposing counsel re service of Sanchez's Response to Defendants' Request for Production | 275.00 | 0.1 | 27.50 |
| 4/20/2015 | MV | Serve Sanchez's responses to Defendants' Request for Production | 100.00 | 0.2 | 20.00 |
| 4/21/2015 | GS | Various communications with opposing counsel re availability for depositions and renew inquiry into settlement of matter | 275.00 | 0.2 | 55.00 |
| 4/24/2015 | GS | Communication with opposing counsel re deposition dates and renew attempts to settle matter without incurring additional fees in litigating same | 275.00 | 0.2 | 55.00 |
| 4/27/2015 | GS | Communication with opposing counsel re depositions | 275.00 | 0.1 | 27.50 |
| 4/27/2015 | GS | Communication with opposing counsel re discovery issues and threat of motion to compel; legal review and analysis of case law sent by opposing counsel | 275.00 | 0.3 | 82.50 |
| 5/1/2015 | GS | Draft responses to Defendants' First Set of Interrogatories | 275.00 | 0.9 | 247.50 |
| 5/1/2015 | MV | Serve Impact Glass with Plaintiff Jose Luis Quintana's Verified Answers to Defendants' Interrogatories | 100.00 | 0.2 | 20.00 |
| 5/4/2015 | GS | Communication with opposing counsel re discovery issues | 275.00 | 0.2 | 55.00 |
| 5/5/2015 | JAS | Review matter regarding pending discovery issues and outline status of same and assess feasibility of settlement | 300.00 | 0.4 | 120.00 |
| 5/5/2015 | MV | Draft and Serve Notice of Deposition for Yussef Saieh Velez for August 25, 2015 | 100.00 | 0.1 | 10.00 |
| 5/6/2015 | GS | Various communications with opposing counsel re negotiations | 275.00 | 0.2 | 55.00 |
| 5/7/2015 | GS | Legal research re reasonableness of fees | 275.00 | 0.6 | 165.00 |
| 5/7/2015 | JAS | Review various communications with opposing counsel regarding matter and potential settlement of same | 300.00 | 0.2 | 60.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 5/8/2015 | GS | Various communications with opposing counsel re depositions | 275.00 | 0.3 | 82.50 |
| 5/8/2015 | MV | Draft and Serve Notice of Cancellation of Deposition of Juan C. Llinas | 100.00 | 0.2 | 20.00 |
| 5/11/2015 | GS | Draft/revise Casanova's responses to Impact Glass's Request for Production | 275.00 | 0.9 | 247.50 |
| 5/11/2015 | GS | Draft/revise Casanova's responses to Impact Glass's Interrogatories | 275.00 | 0.8 | 220.00 |
| 5/11/2015 | GS | Communication with Casanova re written discovery requests by Defendants | 275.00 | 0.4 | 110.00 |
| 5/11/2015 | MV | Prepare and bate stamp the documents to be produced for Casanova | 100.00 | 0.9 | 90.00 |
| 5/13/2015 | JAS | Review matter and assess status of pending discovery and outline strategy for future litigation of matter | 300.00 | 0.6 | 180.00 |
| 5/13/2015 | GS | Communication re continued good faith settlement negotiations with opposing counsel | 275.00 | 0.2 | 55.00 |
| 5/13/2015 | MV | Review Notice of Langbien unavailability | 100.00 | 0.1 | 10.00 |
| 5/15/2015 | GS | Various communications re discovery disputes; review Defendants responses to Interrogatories | 275.00 | 0.3 | 82.50 |
| 5/18/2015 | GS | Communication with opposing counsel re discovery disputes and attempt to resolve same without need to file motion to compel | 275.00 | 0.4 | 110.00 |
| 6/30/2015 | JAS | Review matter regarding status and confirm agreement to stay matter and discovery still owed to Defendant's counsel and owed to Plaintiffs and analyze same in preparation for drafting motion to compel responses to discovery | 300.00 | 0.5 | 150.00 |
| 7/13/2015 | RWH | Communications with defense counsel re: setting all pending depositions and inquire into potential settlement of matter | 350.00 | 0.2 | 70.00 |
| 7/17/2015 | JAS | Various communications with Defendant's counsel regarding pending discovery and inquire into status of potential settlement | 300.00 | 0.2 | 60.00 |
| 7/23/2015 | JAS | Review matter regarding status and assess statement of claims in preparation for attempting to confirm Clients' interest in settlement and obtain range in order to negotiate fees and costs | 300.00 | 0.7 | 210.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# HUDSON & Calleja LLC
ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 8/5/2015 | JAS | Review complaint, statement of claim and offers of judgment and analyze claims related to unpaid wages and overtime and assess same and draft chart of damages in preparation for continued litigation of matter and in preparation for continued attempts to settle matter | 300.00 | 1.1 | 330.00 |
| 8/5/2015 | JAS | Review Defendants' responses to Plaintiff's Requests for Admissions, Requests for Production and First set of Interrogatories and assess objections in preparation for drafting motion to compel | 300.00 | 0.9 | 270.00 |
| 8/5/2015 | JAS | Various communications & telephone conference with Clients regarding status of matter and plan of action to litigate matter | 300.00 | 0.3 | 90.00 |
| 8/5/2015 | JAS | Second telephone conference with Clients to discuss matter and outline potential settlement and analyze damages and bottom line amount of potential settlement amount and assess same | 300.00 | 0.4 | 120.00 |
| 8/6/2015 | JAS | Review matter to prepare for upcoming depositions and commence review of same | 300.00 | 0.9 | 270.00 |
| 8/6/2015 | JAS | Draft/Revise communication to Defendant's counsel regarding pending depositions of Mr. J. Velez and Mr. Quintana | 300.00 | 0.3 | 90.00 |
| 8/11/2015 | RWH | Communications with defense counsel re: deposition schedule and settlement possibility | 350.00 | 0.2 | 70.00 |
| 8/19/2015 | RWH | Communications with defense counsel re: settlement and upcoming depositions | 350.00 | 0.4 | 140.00 |
| 8/19/2015 | JAS | Review file in preparation for conference with Client and 8/21/2015 deposition | 300.00 | 0.7 | 210.00 |
| 8/19/2015 | JAS | Conference with J. Quintana and prepare for 8/21/2015 deposition by reviewing claims, assessing responses to discovery and reviewing substantive pleadings | 300.00 | 1.3 | 390.00 |
| 8/19/2015 | JAS | Various communications with opposing counsel regarding Client's deposition and potential settlement and assess demand/position letter related to settlement | 300.00 | 0.2 | 60.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# HUDSON & CALLEJA LLC
ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 8/19/2015 | JAS | Review file and outline issues to be covered at 8/21/2015 deposition of Client and assess responses to discovery, complaint, answer and statement of claims regarding allegations and damages and draft outline related to deposition | 300.00 | 1.6 | 480.00 |
| 8/19/2015 | JAS | Review daily sheets and GPS sheets related to hours Client allegedly worked as provided by Plaintiff's counsel in preparation for 8/21/2015 deposition | 300.00 | 0.7 | 210.00 |
| 8/20/2015 | JAS | Various communications from opposing counsel regarding deposition of Client and confirm request to produce various documents and better responses to discovery at 8/21/2015 deposition and refuse same | 300.00 | 0.2 | 60.00 |
| 8/20/2015 | JAS | Continued review of file in preparation for 8/21/2015 deposition of J. Quintana and assess claims and defense related to same | 300.00 | 1.6 | 480.00 |
| 8/20/2015 | JAS | Research regarding FLSA claims and defenses available when employer does not keep time records and attempts to recreate same and analyze case law related to same | 300.00 | 1.8 | 540.00 |
| 8/21/2015 | JAS | In-person conference with J. Quintana prior to deposition and discuss all issues raised by Client in preparation for same | 300.00 | 0.7 | 210.00 |
| 8/21/2015 | JAS | Appear/Attend deposition of J. Quintana | 300.00 | 8.6 | 2,580.00 |
| 8/24/2015 | JAS | Review matter and commence preparation for 8/25/2015 deposition of Defendant Yussef Velez | 300.00 | 0.7 | 210.00 |
| 8/24/2015 | JAS | Various communications with opposing counsel regarding request to cancel 8/25/15 deposition and assess same and drafted notice of cancellation of same | 300.00 | 0.3 | 90.00 |
| 8/24/2015 | JAS | Various communications with Client regarding matter and status of same in preparation for 8/27/2015 deposition | 300.00 | 0.2 | 60.00 |
| 8/26/2015 | DDB | Review and preparation for the deposition of Jose Casanova | 275.00 | 1.6 | 440.00 |
| 8/26/2015 | JAS | Review responses to interrogatories and requests for production and assess same in preparation for 8/27/2015 deposition of J. Casanova | 300.00 | 0.7 | 210.00 |
| 8/26/2015 | JAS | Conference with Attorney D. Battle regarding matter and assess issues to be raised and defended and outline strategy for taking deposition | 300.00 | 0.4 | 120.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 8/26/2015 | JAS | Review communication from Defendants' counsel regarding 8/27/2015 deposition of Client | 300.00 | 0.2 | 60.00 |
| 8/27/2015 | DDB | Attendance at the deposition of Jose Casanova (with the assistance of a Spanish interpreter) | 275.00 | 7.9 | 2,172.50 |
| 8/27/2015 | DDB | Predeposition conference with Jose Casanova | 275.00 | 1.4 | 385.00 |
| 8/28/2015 | DDB | Review copies of exhibits from deposition of Jose Casanova, compare to attorney notes for accuracy and completeness | 275.00 | 0.8 | 220.00 |
| 8/28/2015 | JAS | Assess testimony from Plaintiff's 8/27/2015 deposition and analyze impact on matter and confirm need to file substantive motion based on testimony obtained | 300.00 | 0.6 | 180.00 |
| 8/31/2015 | DDB | Multiple communications with opposing counsel re various issues including settlement, discovery and depos exhibits | 275.00 | 0.4 | 110.00 |
| 8/31/2015 | DDB | Reassess settlement, including recalculate wages owed in light of recent testimony, review demands/offers and review history of communications regarding same | 275.00 | 0.9 | 247.50 |
| 8/31/2015 | DDB | Review Defendants' RFP to Plaintiff for documents brought up at deposition of the purpose of resolving discovery issues prior to motion practice | 275.00 | 0.4 | 110.00 |
| 8/31/2015 | DDB | Review discovery rules re: motion to compel after 30 days | 275.00 | 0.3 | 82.50 |
| 9/1/2015 | JAS | Research regarding record keeping and summary judgment as to issue and review case law regarding same | 300.00 | 1.2 | 360.00 |
| 9/1/2015 | JAS | Draft/Revise interrogatories on behalf of J. Casanova, J. Quintana, and E. Sanchez | 300.00 | 1.6 | 480.00 |
| 9/2/2015 | JAS | Revise interrogatories and finalize for propounding same | 300.00 | 0.9 | 270.00 |
| 9/2/2015 | JAS | Draft/Revise communication to Plaintiff's counsel providing interrogatories and inquire into deposition dates for Plaintiffs | 300.00 | 0.3 | 90.00 |
| 9/3/2015 | JAS | Review matter regarding pending discovery responses and assess filing of revised responses prior to Defendants' counsel's compelling of same | 300.00 | 0.6 | 180.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# HUDSON & CALLEJA LLC
ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
|  |  |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 9/3/2015 | JAS | Review communication from Defendants' counsel regarding status of scheduling depositions in matter | 300.00 | 0.1 | 30.00 |
| 9/8/2015 | JAS | Telephone Conference with J. Casanova and analyze matter and assess facts related to recent filings | 300.00 | 0.6 | 180.00 |
| 9/10/2015 | DDB | Review client documents received 9/10/15; sort and segregate documents responsive to RFP | 275.00 | 1.4 | 385.00 |
| 9/10/2015 | JAS | Various communications with Defendants' counsel regarding scheduling pending depositions and review calendar regarding availability for same | 300.00 | 0.4 | 120.00 |
| 9/16/2015 | JAS | Various communications with Claimant's counsel regarding pending discovery responses and coordination of Defendants' depositions | 300.00 | 0.3 | 90.00 |
| 9/16/2015 | JAS | Assess matter regarding status and review pending discovery issues and continued inquiring into possibility of settlement in relation to coordinating same | 300.00 | 4 | 1,200.00 |
| 9/17/2015 | JAS | Review prior discovery requests and assess limit to file additional discovery requests and analyze same as related to second set of interrogatories and assess filing motion to exceed number of interrogatories | 300.00 | 0.9 | 270.00 |
| 9/18/2015 | MV | Review notice of unavailability | 100.00 | 0.1 | 10.00 |
| 9/22/2015 | DDB | Draft Motion to Compel re: deposition of the individual defendants | 275.00 | 0.9 | 247.50 |
| 9/22/2015 | DDB | Draft Sanchez's supplemental response to RFP and organize documents to be produced | 275.00 | 1.4 | 385.00 |
| 9/22/2015 | DDB | Communication with Mr. Sanchez re: discovery responses and availability for deposition | 275.00 | 0.2 | 55.00 |
| 9/23/2015 | DDB | Review trial order, pleadings and discovery recently filed to assess readiness for trial and determine necessity of additional discovery and motion practice and outline pre-trial tasks to be completed | 275.00 | 0.8 | 220.00 |
| 9/23/2015 | DDB | Continued drafting Supplemental Responses to Defendants' Requests for Production of Documents | 275.00 | 0.5 | 137.50 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC ATTORNEYS

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 9/23/2015 | JAS | Review discovery and deposition notes regarding revisions/supplement to discovery responses and outline strategy for future defense of matter | 300.00 | 0.9 | 270.00 |
| 9/23/2015 | DDB | Draft Plaintiff's Supplemental Responses to Request for Production | 275.00 | 0.9 | 247.50 |
| 9/23/2015 | DDB | Obtain Tax Information Authorization forms to be completed by each client | 275.00 | 0.2 | 55.00 |
| 9/24/2015 | DDB | Review files on hard drive produced by Defendants (various attempts to access information and communications with IT re same) | 275.00 | 0.9 | 247.50 |
| 9/24/2015 | DDB | Draft Plaintiffs' Motion to Compel Deposition Dates | 275.00 | 1.3 | 357.50 |
| 9/24/2015 | JAS | Review motion to compel discovery and assess same | 300.00 | 0.3 | 90.00 |
| 9/24/2015 | DDB | Communications with Sanchez re: availability for deposition and documents requested in discovery | 275.00 | 0.4 | 110.00 |
| 9/28/2015 | JAS | Review various communications with Plaintiff's counsel regarding pending discovery and motion to compel | 300.00 | 0.1 | 30.00 |
| 9/28/2015 | JAS | Review order referring Discovery Motion to Magistrate E. Torres | 300.00 | 0.1 | 30.00 |
| 9/29/2015 | JAS | Various communications with Plaintiff's counsel regarding status of matter and pending discovery and assess same and assess notices of depositions filed | 300.00 | 0.3 | 90.00 |
| 9/30/2015 | JAS | Assess matter regarding pending discovery matters and analyze same and draft communication to Defendant's counsel addressing discovery issues | 300.00 | 0.6 | 180.00 |
| 10/8/2015 | JAS | Assess matter regarding pending discovery responses and confirm failure to respond to same and draft communication to Defendants' counsel regarding responses | 300.00 | 0.6 | 180.00 |
| 10/9/2015 | RWH | Researched timing requirement for filing of motions to compel discovery | 350.00 | 0.4 | 140.00 |
| 10/9/2015 | RWH | Communications with defense counsel requesting extension to respond to motion to compel to attempt to resolve same | 350.00 | 0.1 | 35.00 |
| 10/9/2015 | DDB | Review previously drafted Supplemental Responses to RFP in light of MTC and finalize for service | 275.00 | 0.4 | 110.00 |
| 10/9/2015 | JAS | Review supplemental responses to Defendant's requests for production and assess responses and documents produced in response to same | 300.00 | 0.6 | 180.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
|  |  |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 10/12/2015 | JAS | Assess matter regarding pending discovery and response to motion to compel and confirm need to file unopposed motion for extension of time to respond to motion to compel | 300.00 | 0.4 | 120.00 |
| 10/13/2015 | RWH | Communications with defense counsel re: proposed additional extension to respond to defendants' motion to compel | 350.00 | 0.2 | 70.00 |
| 10/13/2015 | RWH | Drafted motion for extension of time to respond to Defendants' motion to compel | 350.00 | 0.8 | 280.00 |
| 10/13/2015 | RWH | Drafted proposed order in response to Defendants' motion to compel | 350.00 | 0.3 | 105.00 |
| 10/13/2015 | RWH | Review of signed order granting motion for extension of time | 350.00 | 0.1 | 35.00 |
| 10/14/2015 | RWH | Communications with defense counsel re: production of signed authorization forms for records being requested | 350.00 | 0.2 | 70.00 |
| 10/14/2015 | DDB | Draft releases for protected health information; credit card statement; bank statements; and debit card statements to give to defendants | 275.00 | 1.1 | 302.50 |
| 10/14/2015 | JAS | Review matter regarding revised responses to discovery and assess same in preparation for drafting revised responses to discovery | 300.00 | 0.6 | 180.00 |
| 10/14/2015 | DDB | Draft Sanchez's Supplemental Answers to Interrogatories | 275.00 | 0.9 | 247.50 |
| 10/14/2015 | DDB | Revise and supplement Sanchez's Supplemental Responses to Request for Production | 275.00 | 0.8 | 220.00 |
| 10/14/2015 | DDB | Communication with Mr. Sanchez concerning executing releases for certain discoverable information | 275.00 | 0.2 | 55.00 |
| 10/16/2015 | DDB | Multiple revisions to supplemental discovery responses | 275.00 | 0.6 | 165.00 |
| 10/16/2015 | DDB | Sort, copy and organize additional documents responsive to Defendants' document requests to produce same | 275.00 | 1.9 | 522.50 |
| 10/16/2015 | RWH | Multiple communications with defense counsel re: issues raised in motion to compel and attempts to resolve same | 350.00 | 0.4 | 140.00 |
| 10/16/2015 | RWH | Drafted proposed order on second motion for extension of time to respond to motion to compel | 350.00 | 0.3 | 105.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** |  |
|---|---|
| **Payments/Credits** |  |
| **Balance Due** |  |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



## Hudson & Calleja LLC ATTORNEYS

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 10/16/2015 | RWH | Drafted and filed second motion for extension of time to respond to motion to compel discovery | 350.00 | 0.7 | 245.00 |
| 10/19/2015 | RWH | Review of signed order on motion for extension and communicated with defense counsel re: same | 350.00 | 0.2 | 70.00 |
| 10/19/2015 | JAS | Review order granting motion for extension of time to respond to motion to compel | 300.00 | 0.2 | 60.00 |
| 10/20/2015 | RWH | Communications with defense counsel re: attempts to resolve motion to compel | 350.00 | 0.4 | 140.00 |
| 10/20/2015 | JAS | Review matter regarding status and assess pending discovery issues | 300.00 | 0.5 | 150.00 |
| 10/22/2015 | RWH | Legal research re: sanction issue to incorporate into respond to defendants' motion for sanctions | 350.00 | 1.3 | 455.00 |
| 10/22/2015 | RWH | Multiple communications with defense counsel to attempt to resolve sanction issue | 350.00 | 0.3 | 105.00 |
| 10/23/2015 | RWH | Communications with defense counsel re: request for two additional days to file plaintiffs' response to defendants' motion to compel | 350.00 | 0.2 | 70.00 |
| 10/23/2015 | RWH | Prepared proposed order on motion for extension to respond to sanction motion | 350.00 | 0.3 | 105.00 |
| 10/23/2015 | RWH | Prepared motion for two day extension to respond to sanction motion | 350.00 | 0.8 | 280.00 |
| 10/23/2015 | RWH | Analysis of defendants' response re: sanctions and communicated with counsel re: same | 350.00 | 0.4 | 140.00 |
| 10/23/2015 | JAS | Review pending discovery issues and confirm production of tax records in preparation for filing opposition memorandum to motion to compel | 300.00 | 0.2 | 60.00 |
| 10/26/2015 | RWH | Legal research on local rules and sanction issues to be incorporated into memorandum in opposition to defendants' motion for sanctions | 350.00 | 2.1 | 735.00 |
| 10/26/2015 | RWH | Drafted memorandum in opposition to defendants' motion for sanctions | 350.00 | 2.7 | 945.00 |
| 10/26/2015 | RWH | Preparation of supplemental request for production of documents to defendants | 350.00 | 1.1 | 385.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# HUDSON & Calleja
### ATTORNEYS LLC

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 10/26/2015 | JAS | Review filing of supplemental request for production and confirm service upon opposing counsel | 300.00 | 0.9 | 270.00 |
| 10/27/2015 | RWH | Revised, supplemented and filed memorandum in opposition to motion for sanctions | 350.00 | 3.1 | 1,085.00 |
| 10/27/2015 | RWH | Communications with defense counsel to attempt to obtain past due discovery responses without court intervention | 350.00 | 0.3 | 105.00 |
| 10/27/2015 | JAS | Various communications with Defendant's counsel regarding pending discovery matters and confirm missing information/documentation related to same | 300.00 | 0.3 | 90.00 |
| 10/27/2015 | JAS | Review response in opposition to motion to compel discovery responses and assess filing of same | 300.00 | 0.8 | 240.00 |
| 10/29/2015 | RWH | Multiple communications with defense counsel re: mediation | 350.00 | 0.3 | 105.00 |
| 10/30/2015 | JAS | Review reply to response to motion to compel discovery and analyze same | 300.00 | 0.6 | 180.00 |
| 10/30/2015 | JAS | Review documents produced to Plaintiff's counsel as supplemental response to request for production | 300.00 | 0.3 | 90.00 |
| 11/2/2015 | JAS | Review file in preparation for Defendants' depositions and assess testimony to be elicited regarding same | 300.00 | 0.2 | 60.00 |
| 11/3/2015 | RWH | Communications with defense counsel re: her demand for production of photocopies of passports versus color photos | 350.00 | 0.2 | 70.00 |
| 11/5/2015 | JAS | Review subpoena for records and assess same | 300.00 | 0.2 | 60.00 |
| 11/6/2015 | RWH | Communications with defense counsel re: new request for Sanchez to bring documents with him to deposition | 350.00 | 0.3 | 105.00 |
| 11/6/2015 | MG | Communication with Jose Diaz, P.A. re: Mediation. | 100.00 | 0.1 | 10.00 |
| 11/6/2015 | DDB | Preparation for the deposition of Plaintiff Sanchez including review of Complaint, Statement of Claim, Affirmative Defenses, Plaintiff's discovery responses and all documents produced in response to Defendant's discovery requests | 275.00 | 1.6 | 440.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



**HUDSON & CALLEJA** LLC
ATTORNEYS

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 11/6/2015 | DDB | Teleconference with Plaintiff Sanchez re: preparation for deposition | 275.00 | 0.9 | 247.50 |
| 11/9/2015 | MG | Multiple communications with Jose Diaz, P.A. re: Mediation. | 100.00 | 0.2 | 20.00 |
| 11/9/2015 | DDB | Attendance at the deposition of Plaintiff Ernesto Sanchez, including pre and post depo conferences | 275.00 | 6.5 | 1,787.50 |
| 11/10/2015 | DDB | Preparation for the deposition of Defendant Velez (go through all pleadings and discovery exchanged to date, outline topics to be covered and case specific questions based on claims and defense, review attorney notes from Plaintiffs' depositions) | 275.00 | 2.1 | 577.50 |
| 11/10/2015 | DDB | Research case law concerning attempt to create records of hours worked by employee, admissibility of same, reliability issues, etc. in preparation for Defendants' depositions | 275.00 | 0.5 | 137.50 |
| 11/10/2015 | MG | Multiple communications with Jose Diaz re: Mediation. | 100.00 | 0.2 | 20.00 |
| 11/10/2015 | JAS | Review matter regarding pending discovery matters and assess same with Attorney D. Battle in preparation for Defendants' deposition and outline strategy for taking same | 300.00 | 0.6 | 180.00 |
| 11/10/2015 | JAS | Review Plaintiff's supplement to Defendant's Request for Production and review documents produced regarding same and assess impact on defense of matter | 300.00 | 0.2 | 60.00 |
| 11/11/2015 | DDB | Appear and attend the deposition of Defendant Yussef Saieh Velez, including additional prep time prior to deposition | 275.00 | 6.9 | 1,897.50 |
| 11/11/2015 | DDB | Research case law re: potential summary judgment issues | 275.00 | 0.4 | 110.00 |
| 11/11/2015 | MG | Multiple communications with Jose Diaz re: Mediation. | 100.00 | 0.1 | 10.00 |
| 11/11/2015 | MG | Multiple communications with Defendant's counsel re: Mediation. | 100.00 | 0.1 | 10.00 |
| 11/11/2015 | JAS | Review subpoena for bank records and assess documents requested and analyze impact on matter in relation of whether to object to same on the basis of inadmissible evidence | 300.00 | 0.3 | 90.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



## HUDSON & CALLEJA LLC
### ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 11/12/2015 | DDB | Preparation for the deposition of Defendant Juan Carlos Llinas (including review of notes from deposition of co-defendant Velez, draft questions to elicit admissions of failures to abide by FLSA laws, research sample corporate rep questions which may be applicable, etc.) | 275.00 | 1.6 | 440.00 |
| 11/12/2015 | DDB | Appear and attend the deposition of Defendant Juan Carlos Llinas | 275.00 | 4.8 | 1,320.00 |
| 11/13/2015 | JAS | Review progress of deposition of Defendant J. Llinas and assess testimony elicited and impact on matter | 300.00 | 0.6 | 180.00 |
| 11/17/2015 | JAS | Telephone Conference with Client regarding matter and recent developments related to same | 300.00 | 0.2 | 60.00 |
| 11/17/2015 | JAS | Review matter regarding settlement and recalculate settlement amount and assess potential for settlement regarding same | 300.00 | 1.2 | 360.00 |
| 11/18/2015 | MG | Multiple communications with Jose Diaz re:  Mediation. | 100.00 | 0.1 | 10.00 |
| 11/18/2015 | RWH | Review of order denying motion to compel | 350.00 | 0.1 | 35.00 |
| 11/18/2015 | RWH | Communications with defense counsel to ensure no discovery issues remain | 350.00 | 0.2 | 70.00 |
| 11/18/2015 | JAS | Review order denying motion to compel and continued attempts to resolve matter | 300.00 | 0.1 | 30.00 |
| 11/18/2015 | JAS | Continued review of overtime claimed and hours worked in preparation for continued drafting of damages assessment and analyze same in preparation for drafting revised demand | 300.00 | 3.3 | 990.00 |
| 11/18/2015 | JAS | Draft/Revise settlement demand and outline terms of same and forward to Defendants' counsel | 300.00 | 0.9 | 270.00 |
| 11/19/2015 | JAS | Review and finalize demand for settlement and propound upon counsel for Defendants | 300.00 | 0.6 | 180.00 |
| 11/24/2015 | RWH | Communications with defense counsel re: defendants' request for extension of time to respond to pending written discovery | 350.00 | 0.2 | 70.00 |
| 11/24/2015 | JAS | Review communication from Defendants' counsel regarding agreement to extend deadline to respond to discovery and confirm agreement regarding same | 300.00 | 0.3 | 90.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja LLC

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 11/24/2015 | JAS | Review responses to interrogatories and confirm non-filing of same and draft/revise communication requiring responses | 300.00 | 0.6 | 180.00 |
| 11/24/2015 | DDB | Commence drafting Sanchez's supplemental and corrected rog answers | 275.00 | 0.8 | 220.00 |
| 11/24/2015 | DDB | Communication with Sanchez re: updated and corrected rog answers | 275.00 | 0.1 | 27.50 |
| 11/25/2015 | RWH | Communications with defense counsel re: contact person for discovery issues | 350.00 | 0.2 | 70.00 |
| 11/25/2015 | JAS | Various communications with Defendants' counsel regarding matter and pending discovery and assess same and assess possibility of settlement | 300.00 | 0.4 | 120.00 |
| 11/30/2015 | JAS | Review file regarding pending discovery requests and assess matter in an attempt to reach a compromise on the number of interrogatory requests in order to avoid filing a motion with the court | 300.00 | 0.5 | 150.00 |
| 11/30/2015 | JAS | Draft/Revise communication to Defendants' counsel regarding pending discovery matters and attempts to resolve same | 300.00 | 0.3 | 90.00 |
| 12/1/2015 | JAS | Various communications with Defendant's counsel regarding discovery and need to file responses to interrogatories and assess same | 300.00 | 0.1 | 30.00 |
| 12/3/2015 | DDB | Supplement and finalize Supplemental and Corrected Answers to Interrogatories | 275.00 | 0.8 | 220.00 |
| 12/3/2015 | DDB | Communication with client and communication with client's spouse to confirm information provided in supplemental and corrected interrogatory answers | 275.00 | 0.3 | 82.50 |
| 12/3/2015 | JAS | Review revised responses to discovery and assess same in anticipation of Defendants' motion to compel better responses to discovery | 300.00 | 0.4 | 120.00 |
| 12/4/2015 | JAS | Various communications with Defendants' counsel regarding pending discovery and attempts to agree to resolve dispute without Court intervention | 300.00 | 0.2 | 60.00 |
| 12/4/2015 | JAS | Review discovery and assess prior responses and outline requests to be selected to respond to be responded to by Defendants' counsel per tentative agreement and confirm same | 300.00 | 0.6 | 180.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Hudson & Calleja, LLC ATTORNEYS

# Invoice

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 12/7/2015 | JAS | Review Defendants' response to Plaintiff's supplemental request for production and assess documents produced regarding same and assess impact on future defense of matter | 300.00 | 0.6 | 180.00 |
| 12/7/2015 | JAS | Review subpoenas filed by Defendants for Ready Windows and SDT on ATT | 300.00 | 0.2 | 60.00 |
| 12/7/2015 | JAS | Review matter regarding status of discovery issues and confirm need to file revised responses immediately | 300.00 | 0.5 | 150.00 |
| 12/9/2015 | JAS | Review revised answers to interrogatories and finalize for service | 300.00 | 0.4 | 120.00 |
| 12/9/2015 | JAS | Review communication to Defendant's counsel regarding revised discovery responses | 300.00 | 0.1 | 30.00 |
| 12/10/2015 | JAS | Research regarding compelling responses to interrogatories for failure to respond and review case law regarding same in preparation for drafting motion | 300.00 | 0.6 | 180.00 |
| 12/10/2015 | JAS | Research regarding motion to reduce amount of time to respond to discovery and review case law regarding same in preparation for drafting motion | 300.00 | 0.4 | 120.00 |
| 12/10/2015 | JAS | Research regarding motion to exceed the amount of interrogatories provided in the Federal Rules of Civil Procedure and review case law regarding same in preparation for drafting motion | 300.00 | 0.5 | 150.00 |
| 12/15/2015 | JAS | Review file in preparation for mediation and confirm pending issues related to claims and defenses in preparation for same | 300.00 | 1.1 | 330.00 |
| 12/16/2015 | JAS | Continued Review of file in preparation for mediation and assess pending matters in preparation for same | 300.00 | 1.7 | 510.00 |
| 12/16/2015 | JAS | Research regarding unpaid overtime violations, exemptions and imposition of liquidated damages and assess case law regarding same | 300.00 | 1.8 | 540.00 |
| 12/16/2015 | JAS | Draft/Revise mediation summary in matter outlining position and forward to J. Diaz in preparation for 12.17.15 mediation | 300.00 | 0.5 | 150.00 |
| 12/16/2015 | DDB | Preparation for mediation: review deposition notes, summarize relevant deposition testimony by Defendants, outline admissions, and segregate all documents which support Plaintiffs' respective claims | 275.00 | 1.6 | 440.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



**Hudson & Calleja** LLC ATTORNEYS

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 12/17/2015 | JAS | Appear/Attend Mediation and secure partial settlement of case and draft/revise settlement and confidentiality agreement | 300.00 | 9.9 | 2,970.00 |
| 12/18/2015 | JAS | Research regarding moving for fees and costs and assess Southern District case law related to entitlement and reasonableness of fees in preparation for drafting motion for fees and costs | 300.00 | 1.9 | 570.00 |
| 12/18/2015 | JAS | Review communication from Mediator regarding mediation and review filing of mediation report | 300.00 | 0.2 | 60.00 |
| 12/18/2015 | JAS | Continued research regarding motion for attorney's fees and costs and review case law approving same | 300.00 | 1.8 | 540.00 |
| 12/18/2015 | JAS | Commence review of time sheets in preparation for drafting time sheets | 300.00 | 1.1 | 330.00 |
| 12/21/2015 | JAS | Review order dismissing matter and assess impact on matter and need to file motion to move for fees and costs | 300.00 | 0.2 | 60.00 |
| 12/21/2015 | JAS | Assess matter in preparation for drafting motion for fees and research regarding Rule 54 and review case law regarding same | 300.00 | 0.9 | 270.00 |
| 12/22/2015 | JAS | Continued research regarding recent Southern District decisions related to hourly rate for attorneys with comparable experience and assess same in preparation for drafting motion for attorneys fees | 300.00 | 1.4 | 420.00 |
| 12/22/2015 | JAS | Draft/Revise motion for fees and costs and revise same | 300.00 | 3.4 | 1,020.00 |
| 12/22/2015 | JAS | Continued review of time sheets for all time kept since inception of matter in preparation for adding as exhibit to motion for fees and costs | 300.00 | 1.8 | 540.00 |
| 12/23/2015 | JAS | Continued review of time sheets in preparation for attaching as exhibits to motion for fees and costs and revise all time | 300.00 | 1.2 | 360.00 |
| 12/23/2015 | JAS | Review court reporter invoices for appearance fees related to 11.11.15 and 11.12.15 depositions and revise Motion for fees and costs to reflect same | 300.00 | 0.3 | 90.00 |
| 12/29/2015 | JAS | Review and continued revisions to time sheets in preparation for finalizing motion for fees and costs | 300.00 | 0.9 | 270.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 12/30/2015 | JAS | Continued review and revision of timesheets in preparation for Drafting Motion for Fees and Costs. | 300.00 | 0.8 | 240.00 |
| 12/30/2015 | JAS | Continued revisions to Motion for Fees and Costs | 300.00 | 0.9 | 270.00 |
| 12/31/2015 | JAS | Final review of invoices and assess revisions to same | 300.00 | 0.4 | 120.00 |
| 1/4/2016 | JAS | Revise motion for fees and costs in preparation for filing | 300.00 | 2.7 | 810.00 |
| 1/4/2016 | JAS | Draft/Revise good faith communication to Defendants' counsel pursuant to Local Rule 7.3 providing draft motion for fees and costs | 300.00 | 0.2 | 60.00 |
| 1/4/2016 | JAS | Draft/Revise bill of costs and finalize same | 300.00 | 0.4 | 120.00 |
| 1/7/2016 | JAS | Draft/Revise various communications with Defendants' counsel regarding settlement of fee issue and back and forth negotiations related to same | 300.00 | 0.3 | 90.00 |
| 1/8/2016 | RWH | Revised, supplemented and finalized motion for fees and costs | 350.00 | 2.1 | 735.00 |
| 1/8/2016 | RWH | Revised and finalized bill of costs | 350.00 | 0.6 | 210.00 |
| 1/8/2016 | JAS | Various communications with Defendant's counsel regarding attempts to resolve fee and costs matter without incurring unnecessary fees and confirm Defendant's refusal to resolve same and confirm waiver of Local Rule of the Southern District 7.3 to respond to motion for fees and costs and instruction to file motion with the Court | 300.00 | 0.2 | 60.00 |
| 1/8/2016 | JAS | Revise motion for fees and costs and assess revisions to exhibits related to same and revise motion in preparation for filing same | 300.00 | 0.7 | 210.00 |
| 1/8/2016 | JAS | Draft/Revise Joint Motion to enforce settleement agreement and finalize same for filing | 300.00 | 0.8 | 240.00 |
| 1/8/2016 | JAS | Various communicaitons wtih Defendant's counsel regarding joint motion to enforese settlement agreement | 300.00 | 0.1 | 30.00 |
| 1/11/2016 | JAS | Telephone conference with Defendants' attorney regarding settlement and confirm opposition to filing same and attempt, again, to resolve fee and costs issus without | 300.00 | 0.2 | 60.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |



# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/18/2015 | 7236 |

355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

| Bill To: |
|---|
| Impact Glass |

| Due Date: |
|---|
| 12/18/2015 |

| Client # | Matter# |
|---|---|
| | |

| Serviced | Professional | Description | Rate | Hours/Qty | Amount |
|---|---|---|---|---|---|
| 1/11/2016 | JAS | Revise motion to approve settlement agreement per Counsel for Defendants' disagreement to file jointly | 300.00 | 2.3 | 690.00 |

Hudson & Calleja, LLC Tax ID #37-1635439

| **Total** | $68,487.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $68,487.50 |

| Phone # | Fax: |
|---|---|
| (305) 444-6628 | (305) 444-6627 |

| Web Site |
|---|
| www.hudsoncalleja.com |