AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jose Casanova, Jose L. Quintana and Ernesto Sanchez<br>v.<br>Impact Glass Services, LLC, Juan C. Llinas, and Yussef Saieh Velez | )<br>)<br>) Case No.: 14-24363-CIV-KING<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __12/21/2015__ against __Defendants__,
_Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ 400.00 |
| Fees for service of summons and subpoena ................................................... | 280.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing .......................................................... | |
| Fees for witnesses *(itemize on page two)* ...................................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................... | |
| Docket fees under 28 U.S.C. 1923 ............................................................ | |
| Costs as shown on Mandate of Court of Appeals ................................................ | |
| Compensation of court-appointed experts ..................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 517.50 |
| Other costs *(please itemize)* ................................................................. | 498.00 |
| **TOTAL** | $ 1,695.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: __Jose A. Socorro__

Name of Attorney: __Jose A. Socorro__

For: __Plaintiffs Jose Casanova, Jose L. Quintana and Ernesto Sanchez__    Date: __01/04/2016__
_Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
_Clerk of Court_    _Deputy Clerk_    _Date_

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Maria R. Vazquez Vera

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Monday, November 17, 2014 6:24 PM
**To:** Maria R. Vazquez Vera
**Subject:** Pay.gov Payment Confirmation: FLSD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Tonya Armstrong at (305) 523-5057.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 25IG4N1D
Agency Tracking ID: 113C-7244516
Transaction Type: Sale
Transaction Date: Nov 17, 2014 6:23:37 PM

Account Holder Name: Robert Hudson
Transaction Amount: $400.00
Billing Address: 355 Alhambra Circle, Suite 801 Billing Address 2: Hudson & Calleja LLC
City: Coral Gables
State/Province: FL
Zip/Postal Code: 33134
Country: USA
Card Type: AmericanExpress
Card Number: ************1003


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

| | | |
|---|---|---|
| Judicial Process and Support, Inc.<br>19 West Flagler Street<br>Suite 717<br>Miami, FL 33130<br>Phone: (305) 347-3353<br>Fei # 651009751 | **INVOICE** | Invoice #JPS-2014008943<br>12/2/2014 |

Robert Hudson, Esq.
HUDSON & CALLEJA
355 Alhambra Circle
Ste. 801
Coral Gables, FL 33134

Reference Number: MARIA VAZQUEZ VERA

**Case Number: SOUTHERN 1:14-CV-24363**

Plaintiff:
**JOSE CASANOVA, ET.AL,**

Defendant:
**IMPLACT GLASS SERVICES LLC, ET.AL,**

Received: 11/21/2014   Served: 12/1/2014 1:30 pm  .CORPORATE
To be served on: IMPACT GLASS SERVICES LLC, BY SERVING ITS REGISTERED AGENT, JUAN C. LLINAS.,

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process (Dade County) | 1.00 | 40.00 | 40.00 |
| 2ND ADDRESS: 1003 PARK CENTRE BLVD, MIAMI, FL | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | $80.00 |
| **BALANCE DUE:** | | | $80.00 |



PLEASE SUBMIT COPY OF THIS INVOICE WITH PAYMENT/ REMIT PAYMENT UPON RECEIPT

Judicial Process and Support, Inc.
19 West Flagler Street
Suite 717
Miami, FL 33130
Phone: (305) 347-3353
Fei # 651009751

**INVOICE**

Invoice #JPS-2014008944
12/15/2014

Robert Hudson, Esq.
HUDSON & CALLEJA
355 Alhambra Circle
Ste. 801
Coral Gables, FL 33134

Case Number: SOUTHERN 1:14-CV-24363

Plaintiff:
JOSE CASANOVA, ET.AL,

Defendant:
IMPLACT GLASS SERVICES LLC, ET.AL,

Received: 11/21/2014   Served: 12/3/2014 1:00 pm   INDIVIDUAL/PERSONAL
To be served on: JUAN C LLINAS,

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process (Dade County) | 1.00 | 40.00 | 40.00 |
| 2ND ADDRESS: 1003 PARK CENTRE BLVD. MIAMI, FL | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** $80.00



PLEASE SUBMIT COPY OF THIS INVOICE WITH PAYMENT/ REMIT PAYMENT UPON RECEIPT

| Judicial Process and Support, Inc. | **INVOICE** | Invoice #JPS-2014008945 |
|---|---|---|
| 19 West Flagler Street | | 12/29/2014 |
| Suite 717 | | |
| Miami, FL 33130 | | |
| Phone: (305) 347-3353 | | |
| Fei # 651009751 | | |

Robert Hudson, Esq.
HUDSON & CALLEJA
355 Alhambra Circle
Ste. 801
Coral Gables, FL 33134

**Case Number:** SOUTHERN 1:14-CV-24363

Plaintiff:
**JOSE CASANOVA, ET.AL,**

Defendant:
**IMPACT GLASS SERVICES LLC, ET.AL,**

Received: 11/21/2014   Served: 12/16/2014 11:15 am  .SUBSTITUTE - RESIDENTIAL
To be served on: YUSSEF SAIEH VELEZ.,

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process (Dade County) | 1.00 | 40.00 | 40.00 |
| 2ND ADDRESS: 1003 PARK CENTRE BLVD., MIAMI, FL | 1.00 | 40.00 | 40.00 |
| 3RD ADDRESS: 9720 SW 145TH ST., MIAMI, FL | 1.00 | 40.00 | 40.00 |

| TOTAL CHARGED: | $120.00 |
|---|---|
| **BALANCE DUE:** | **$120.00** |

**Comments pertaining to this Invoice:**
SERVICE ATTEMPTED AT THE 1ST LOCATION, 13485 NW 47TH AVENUE, OPA LOCKA, FLORIDA; IMPACT GLASS IS NO LONGER AT THIS ADDRESS; 2ND ADDRESS ATTEMPTED, 1003 PARK CENTRE BLVD., MIAMI, FLORIDA 33169; DURING ALL ATTEMPTS AT THIS BUSINESS LOCATION I WAS UNABLE TO FIND THE DEFENDANT; SERVED AT THE 3RD ADDRESS -- THE DEFENDANT'S RESIDENCE, 9720 SW 145TH STREET, MIAMI, FLORIDA



PLEASE SUBMIT COPY OF THIS INVOICE WITH PAYMENT/ REMIT PAYMENT UPON RECEIPT

Gave to TC 11/25



LISTENING  SPEAKING
## South Florida Interpreting, LLC.
Any Language any Time

**DATE:** November 12, 2015
**INVOICE #** 761827

**SERVICE:** Interpreting assignment

**Make Payable To:**
**South Florida Interpreting, LLC.**
1865 Brickell Ave - Suite A1901
Miami, Florida 33129
Ph: 954 649 9494 Fax: 305 858 3025
schedule@southfloridainterpreting.com    sfinterpreting@aol.com

**BILL TO:**
CITIZENS PROPERTY INS. Co.
C/O: HUDSON & CALLEJA, P.A.
355 Alhambra Circle Suite 801
Coral Gables, Florida 33134
Phone: 305 444 6628 Fax 6627

| SERVICES RENDERED | AMOUNT |
|---|---|
| SPANISH INTERPRETER ORDERED BY MARIA VASQUEZ<br>Date & Time NOVEMBER 12, 2015 @ 10:00 AM<br>INTERPRETING SERVICE IN MIAMI LAKES, FLORIDA<br><br>Law Firm: Hudson & Calleja, LLC.<br>Depo. location 8181 NW 154 St. Suite 105 Miami Lakes, Florida 33134<br>Attorney: Jose A. Socorro, Esq.<br>Case Jose Casanova/Jose L. Quintana vs. Impact Glass Services, Llc<br>**Claim No:** 000-00-009133 - Case: 15-005125 CA 21 - D/L: 5/30/14<br>Depo. of Juan C. Llinas 10:00-2:20 PM=4.5-Hours x $115.00 Per Hour | TCharlton@hudsoncalleja.com<br>MLopez@hudsoncalleja.com<br><br><br><br><br><br><br>$517.50 |

We appreciate the opportunity to serve you, Thank you!
**This bill is Due Upon Receipt**

*Terms of Service (Spanish) 2 Hour Min. $115.00 per Hour. Miami-Dade and Broward

EIN: 47-0958800

| THANK YOU FOR YOUR BUSINESS | SUBTOTAL | $517.50 |
|---|---|---|
| This bill is Due Upon Receipt. | Sales Tax | |
| 1.5% surcharge will be added after 30 Days | Total Invoice Amount | |
| Payment shall not be contingent upon a third | Payments/Credit Applied | |
| party fulfillment of any financial obligation. | **TOTAL DUE** | **$517.50** |

sfinterpreting@aol.com      translator@bellsouth.net      Amount due upon receipt

# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0637238**

| | |
|---|---|
| Date | 11/24/2015 |
| Terms | Net 30 |
| Due Date | 12/24/2015 |

| | |
|---|---|
| Client Number | C04260 |
| Esquire Office | Miami |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Citizens Property Insurance C/O
Hudson & Calleja - Coral Gables
355 Alhambra Circle
Suite 801
Coral Gables FL 33134

**Services Provided For**
Hudson & Calleja - Coral Gables
Socorro, Jose A
Suite 801
355 Alhambra Circle
Coral Gables FL 33134

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/12/2015 | J0228987 | Miami Lakes, FLORIDA | CASANOVA, JOSE; JOSE L QUINTANA; ERNESTO SANCHEZ |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR TKDWN | juan llines | 1 | 127.00 | 127.00 |
| APP FEE: ADDITIONAL HOURS TKDWN | juan llines | 4 | 61.00 | 244.00 |

Representing Client: Hudson & Calleja - Coral Gables

| | |
|---|---|
| Subtotal | 371.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 371.00 |
| Amount Due | $371.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Hudson & Calleja - Coral Gables |
| Client # | C04260 |
| Invoice # | INV0637238 |
| Invoice Date | 11/24/2015 |
| Due Date | 12/24/2015 |
| Amount Due | $ 371.00 |


COPY



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0631016**

| | |
|---|---|
| Date | 11/17/2015 |
| Terms | Net 30 |
| Due Date | 12/17/2015 |
| Client Number | C04260 |
| Esquire Office | Miami |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Citizens Property Insurance C/O
Hudson & Calleja - Coral Gables
355 Alhambra Circle
Suite 801
Coral Gables FL 33134

**Services Provided For**
Hudson & Calleja - Coral Gables
Battle, Dania
Suite 801
355 Alhambra Circle
Coral Gables FL 33134

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/11/2015 | J0228977 | Miami Lakes, FLORIDA | CASANOVA, JOSE; JOSE L QUINTANA; ERNESTO SANCHEZ |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR TKDWN | Yussef Saieh Velez | 1 | 127.00 | 127.00 |

Representing Client: Hudson & Calleja - Coral Gables

| | |
|---|---:|
| Subtotal | 127.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 127.00 |
| Amount Due | $127.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Hudson & Calleja - Coral Gables |
| Client # | C04260 |
| Invoice # | INV0631016 |
| Invoice Date | 11/17/2015 |
| Due Date | 12/17/2015 |
| Amount Due | $ 127.00 |



COPY